IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| vs. | : |
| AARON BOGDANOFF | : NO. 12cr190-06 |

O R D E R

**AND NOW**, this 29th day of May, 2013, upon consideration of the Omnibus Motion of Defendant Aaron Bogdanoff (Document No. 112) and the government's response, **IT IS HEREBY ORDERED** that:

1. Defendant's request for notice of government intention to use evidence is **DENIED** as overbroad and vague without prejudice to the right of the defendant to request government evidence that is subject to pretrial disclosure pursuant to the Federal Rules of Criminal Procedure or the principles of *Brady v. Maryland* or other appropriate case law.

2. Defendant's motion for government agents to retain rough notes and writing is **GRANTED** by agreement of counsel, subject to further order of court with reference to the disclosure of those notes to the defendant.

3. Defendant's motion for early disclosure of Jencks Act material is **GRANTED** by agreement of counsel, the government having alleged that it has already disclosed most of the Jencks Act material and that the balance will be disclosed on or before October 4, 2013, more than three weeks before trial.

4. Defendant's motion for disclosure of government's intention to introduce evidence of prior bad acts or convictions of the defendant is **DISMISSED** as moot in that the government alleges that it does not intend to introduce any prior bad acts or prior convictions other than those described in the indictment as to the defendant.

5. Defendant's motion to join all motions filed by co-defendants is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge