IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: January 10, 2014 |
| vs. | : | |
| | : | |
| | : | |
| JOEL NATHANSON | : | |
| 4223 E. Calle Ventura | : | Criminal No. 12-190-4 |
| Phoenix, AZ 85018 | **:** | |

**NOTICE**

      **TAKE NOTICE** that the above-entitled case has been set for **SENTENCING**, in the  United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, May 20, 2014 at 4;15 P.M.**  before the Honorable William H. Yohn, Jr.  in Courtroom 14B, 14th floor.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. **No further continuances will be granted unless requested, in writing, at least forty-eight hours prior to the time of proceeding.**

      Very truly yours,

      Andrew J. Follmer for Thomas J. McCann
      Deputy Clerk to William H. Yohn, Jr.

Notice  to:      Defendant (U.S. Mail)
      Nialena Caravasos, Esquire (via fax)
      David L. Axelrod, A.U.S.A.. (via email)
      U.S. Marshal (Email)
      Probation Office(Email)
      Pretrial Services (Email)
      Larry Bowman (Email)

**[] INTERPRETER  REQUIRED**
**[x] This proceeding has been rescheduled from:** Thursday, March 13, 2014 at 10:00 A.M.