IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| vs. | : |
| MATTHEW McMANUS | : NO. 12cr190-02 |

## ORDER

**AND NOW**, this 20th day of May, 2014, upon consideration of the Motion of Defendant Matthew McManus for Judgment of Acquittal, or in the alternative, for a New Trial (Document No. 314), **IT IS HEREBY ORDERED** that the government shall file a response **on or before June 20, 2014**.

William H. Yohn Jr., Judge